ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MOTORCAR PARTS & ACCESSORIES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.<br>CV 99-07971R (Mcx)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES<br><br>Date: September 10, 2001<br>Time: 10:00 a.m.<br>Place: Courtroom of the Hon.<br>　　　　Manuel L. Real |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

✓ Docketed
✓ Copies / NTC Sent
__ JS - 5 / JS - 6
✓ JS - 2 / JS - 3
✓ CLSD

465397v1/005369

1

Based upon the application of Lead Plaintiff for an award of attorneys' fees and reimbursement of costs and expenses to be paid out of the Settlement Fund established pursuant to the Stipulation of Settlement, dated as of June 6, 2001, and the Court having considered Lead Plaintiff's Memorandum of Points and Authorities in Support of Application for an Award of Attorneys' Fees and Reimbursement of Costs and Expenses and the Declaration of Marc M. Seltzer in Support of Lead Plaintiff's Application for Final Approval of the Settlement and an Award of Attorneys' Fees and Reimbursement of Costs and Expenses, and all other papers, pleadings, and files in this matter, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' application is hereby granted.

2. Plaintiffs' Lead Counsel, the law firm of Susman Godfrey L.L.P., is hereby awarded attorneys' fees in the amount of _20_ % of the Settlement Fund, plus accrued interest thereon, as provided for in the Stipulation, for the reasonable fees incurred by plaintiffs in prosecuting and settling the Action, plus $ _117,030.06_ for plaintiffs' costs and expenses, such fee and cost award to be paid to Lead Counsel as provided for in the Stipulation, and allocated to plaintiffs' counsel in the manner in which Lead Counsel in good faith believes reflects the contributions of each of plaintiffs' counsel to the prosecution and settlement of the Action.

Dated: _September 26_, 2001

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

465397v1/005369

2

| | |
|---|---|
| 1 | **PRESENTED BY:** |
| 2 | MARC M. SELTZER |
| | DAVID H. BOREN |
| 3 | SUSMAN GODFREY L.L.P. |
| | 1880 Century Park East, Suite 950 |
| 4 | Los Angeles, California 90067-1606 |
| | Telephone: (310) 789-3100 |
| 5 | Facsimile: (310) 789-3150 |
| 6 | |
| 7 | By _/s/ Marc M. Seltzer_ |
| | Marc M. Seltzer |
| 8 | Attorneys for Lead Plaintiff Francine Ehrlich |
| | and Lead Counsel for the Class |