# ORIGINAL

*Send*

FILED
CLERK, U.S. DISTRICT COURT

FILED
DEC - 2 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re MOTORCAR PARTS & ACCESSORIES, INC. SECURITIES LITIGATION | Master File No. CV 99-07971 R(Mcx) |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS | Date: December 2, 2002 |
| | Time: 10:00 a.m. |
| | Place: Courtroom of the Hon. Manuel L. Real |

## [~~PROPOSED~~] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS TO CLAIMANTS AND PAYMENT OF FEES AND EXPENSES OF THE CLAIMS ADMINISTRATOR AND PLAINTIFF'S COUNSEL

503176v1/005369

DEC - 4 2002

183

1    **WHEREAS**, on September 18, 2001, the Court entered its Order and Final

2    Judgment approving the terms of the Stipulation of Settlement between Lead

3    Plaintiff Francine Ehrlich and Defendants Motorcar Parts & Accessories, Inc., Mel

4    Marks, Richard Marks and Peter Bromberg (the "Stipulation of Settlement"), dated

5    as of June 6, 2001;

6    **WHEREAS**, pursuant to the terms and provisions of the Stipulation of

7    Settlement, the Settlements Fund has been deposited into an escrow account

8    established at Bank of America, N.T. & S.A., the Escrow Agent, which, after the

9    payment of attorneys' fees, costs and expenses previously allowed by the Court,

10   comprises the Net Settlement Fund; and

11   **WHEREAS**, this Court has retained continuing jurisdiction of the action for

12   the purpose of considering any further applications or matters which may arise in

13   connection with the administration of the settlement and the processing of Proofs

14   of Claim and the distribution of the Net Settlement Fund to Authorized Claimants;

15   **NOW, THEREFORE,** based on the Motion by Lead Plaintiff for an Order

16   Authorizing Distribution of Settlement Funds to Claimants and Payment of Fees

17   and Expenses of the Claims Administrator and plaintiff's counsel, the Declaration

18   of Marc M. Seltzer, dated November 6, 2002, in support thereof, and the

19   Declaration of D. Lee Janvrin Re Administration and Processing of Proofs of

20   Claim Forms (the "Janvrin Declaration"), dated November 6, 2002, all prior

21   proceedings herein, and after due consideration of the foregoing and all of the

22   papers, pleadings and files herein, and good cause appearing therefor,

23   **IT IS HEREBY ORDERED** that the administrative determinations of the

24   Claims Administrator, Gilardi & Co., LLC ("Gilardi"), respecting the Net Allowed

25   Loss for each Authorized Claimant, as set forth in Exhibit B to the Janvrin

26   Declaration, are hereby approved.

27   **IT IS HEREBY ORDERED** that the administrative determinations of

28   Gilardi respecting the Net Allowed Loss for each Authorized Claimant who

1  submitted a late claim which otherwise qualified for payment, as set forth in

2  Exhibit B to the Janvrin Declaration, are hereby approved.

3      **IT IS HEREBY FURTHER ORDERED** that the Net Settlement Fund be

4  distributed in accordance with this Order, the Plan of Allocation previously

5  approved by this Court and the determinations of the Claims Administrator to the

6  Authorized Claimants, identified in Exhibit B to the Janvrin Declaration.

7      **IT IS HEREBY FURTHER ORDERED** that the administrative

8  determinations of Gilardi respecting the rejection of those claims identified on

9  Exhibit C to the Janvrin Declaration are hereby approved, and those claims are

10  hereby rejected.

11      **IT IS HEREBY FURTHER ORDERED** that Susman Godfrey L.L.P. be

12  paid the sum of $5,149.82 from the Net Settlement Fund for its fees, costs

13  and expenses incurred in connection with the administration of the settlement.

14      **IT IS HEREBY FURTHER ORDERED** that payment to the Claims

15  Administrator for its fees and expenses incurred and to be incurred in connection

16  with the administration and disbursement of the Settlement Fund in an amount not

17  to exceed $92,048 shall be paid from the Settlement Fund.

18      **IT IS HEREBY FURTHER ORDERED** that the Claims Administrator,

19  Lead Plaintiff's counsel and all other persons involved in the review, verification,

20  calculation, tabulation or any other aspect of the processing of the claims filed

21  herein (collectively "the released persons") are released and discharged from any

22  and all claims or liability arising out of such involvement, and all Class members,

23  whether or not they are to receive payment from the Net Settlement Fund, are

24  barred from making any claim against the Net Settlement Fund or the released

25  persons beyond the amount allocated to them pursuant to this Order.

26      **IT IS HEREBY FURTHER ORDERED** that the residuum in the Net

27  Settlement Fund, if any, resulting from any checks to Authorized Claimants

28  distributed pursuant to this Order remaining outstanding and uncashed nine months

503176v1 005369                3

1  after the distribution to Authorized Claimants shall be donated to the Legal Aid

2  Foundation of Los Angeles.

3

4                              **O R D E R**

5      IT IS SO ORDERED.

6      Dated:  Dec. 2 , 2002.

7

8

9  _____
                    MANUEL L. REAL
10     UNITED STATES DISTRICT JUDGE

11

12  **PRESENTED BY:**

13  MARC M. SELTZER (54534)
    AMY T. BRANTLY (210893)
14  SUSMAN GODFREY L.L.P.
    1880 Century Park East, Suite 950
15  Los Angeles, California  90067-1606
    Telephone:  (310) 789-3150

16

17  By _____
          Marc M. Seltzer
18  Attorneys for Lead Plaintiff Francine Ehrlich
    and Lead Counsel for the Class
19

20

21

22

23

24

25

26

27

28

503176v1/005369                    4